**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-6424**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

EUGENE ROSS COUSINS,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.  Glen E. Conrad, District Judge.  (5:06-cr-00008-gec-mfu-1; 5:09-cv-80169-gec-mfu)

———————

Submitted:  May 20, 2010            Decided:  June 2, 2010

———————

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Eugene Ross Cousins, Appellant Pro Se.  Jeb Thomas Terrien, Assistant United States Attorney, Harrisonburg, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Ross Cousins seeks to appeal the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2009) motion and the order denying his motion for reconsideration. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude Cousins has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials

2

before the court and argument would not aid the decisional process.

DISMISSED